UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKEY WHITE,

       Petitioner,                                  Case No. 18-cv-13691
                                                          Hon. Matthew F. Leitman

v.

RANDEE REWERTS,

       Respondent.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## PETITIONER'S MOTION FOR BOND (ECF No. 25)

Petitioner Rickey White is a state prisoner in the custody of the Michigan Department of Corrections. On November 26, 2018, White filed a petition for habeas corpus. (*See* Pet., ECF No. 1.) On November 12, 2020, White filed a First Renewed Motion for Bond Pending Conclusion of Habeas Proceedings. (*See* Mot. for Bond, ECF No. 25.)

The Court held on the record video status conferences on White's motion on December 14, 2020, December 17, 2020, and December 21, 2020. (*See* Notices, ECF Nos. 30, 31, and 33.) For the reasons explained on the record during the December 21, 2020, status conference, White's motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

                                                          s/Matthew F. Leitman
                                                          MATTHEW F. LEITMAN
                                                          UNITED STATES DISTRICT JUDGE

Dated: December 21, 2020

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 21, 2020, by electronic means and/or ordinary mail.

                s/Holly A. Monda
                Case Manager
                (810) 341-9764