UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICKEY WHITE,

    Petitioner,                                                  Case No. 18-cv-13691
                                                                Hon. Matthew F. Leitman

v.

RANDEE REWERTS,

    Respondent.

_____/

## **JUDGMENT**

The above entitled action came before the Court on a petition for a writ of habeas corpus. In accordance with the Opinion and Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **GRANTED**.

                                                                KINIKIA ESSIX
                                                                CLERK OF COURT

                                          By:    s/Holly A. Monda
                                                        Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                          Dated: September 3, 2021
United States District Judge                Flint, Michigan